914 A.2d 831

IN THE MATTER OF JEFFREY M. SPIEGEL, AN ATTORNEY AT LAW (ATTORNEY NO. 003871992).

January 23, 2007.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JEFFREY M. SPIEGEL** of **WEST NYACK, NEW YORK,** who was admitted to the bar of this State in 1992, and who was suspended from the practice of law for a period of three years effective October 20, 2000, by Order of this Court filed on May 12, 2003, be restored to the practice of law, effective immediately.